**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

South Carolina Department of Social Services, Respondent,

v.

Loretta Farmer and Scott Farmer, Defendants,

Of Whom Scott Farmer is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2014-001103

───────────────

Appeal From Anderson County
Thomas Henry White, IV, Family Court Judge

───────────────

Unpublished Opinion No. 2015-UP-034
Submitted December 15, 2014 – Filed January 9, 2015

───────────────

**AFFIRMED**

───────────────

Hugh Wingo Welborn, of Anderson, for Appellant.

Amy C. Sutherland, of the South Carolina Department of Social Services, of Greenville, for Respondent.

Brittany D. Senerius, of the Senerius Law Firm, of
Anderson, for the Guardian ad Litem.

**PER CURIAM:**  Scott Farmer appeals the family court's final order terminating
his parental rights to his minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp.
2014).  Upon a thorough review of the record and the family court's findings of
facts and conclusions of law pursuant to *Ex Parte Cauthen*, 291 S.C. 465, 354
S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.
Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**HUFF, SHORT, and KONDUROS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.